NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARKVIEW ENGRAVING LLC,**
*Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Appellee.*

---

2010-1399

---

Appeal from the Civilian Board of Contract Appeals in No. 1564, Administrative Judge Anthony S. Borwick.

---

**JUDGMENT**

---

LAWRENCE J. SKLUTE, Sklute & Associates, of Potomac, Maryland, argued for appellant.

WILLIAM J. GRIMALDI, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRIAN M. SIMKIN, Assistant Director.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, GAJARSA, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 21, 2011             /s/ Jan Horbaly
    Date                             Jan Horbaly
                         Clerk